weintraub tobin chediak coleman grodin
LAW CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PETER MANDEL, an individual,

Plaintiff,

vs.

374 WATER, INC., a Delaware corporation, and DOES 1-20, inclusive,

Defendants.

Case No.: 4:26-cv-04154-HSG

**ORDER RE ADR PROCESS**

Pursuant to the Parties' Stipulation, this case is referred to the Court's mediation panel and the Parties' shall complete the ADR mediation process within 90 days of this order.

IT IS SO ORDERED.

Dated: 8/12/2026

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT