UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER MANDEL,

Plaintiff,

v.

374 WATER, INC.,

Defendant.

Case No. 26-cv-04154-HSG

**SCHEDULING ORDER**

A case management conference was held on August 4, 2026. Having considered the parties' proposal, *see* Dkt. No. 27, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 30, 2026 |
| Close of Fact Discovery | January 8, 2027 |
| Exchange of Opening Expert Reports | January 22, 2027 |
| Exchange of Rebuttal Expert Reports | February 5, 2027 |
| Close of Expert Discovery | February 26, 2027 |
| Dispositive Motion Hearing Deadline | April 1, 2027, at 2:00 p.m. |
| Pretrial Conference | June 29, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | July 12, 2027, at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This terminates Dkt. No. 27.

**IT IS SO ORDERED.**

Dated: 8/12/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California